UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOVA FELDHEIM,

          Plaintiff,

– against –

iCONTROL SYSTEMS USA, LLC, MATT
GUTERMUTH, and JENNIFER SKINNER,

          Defendants.

**ORDER**

23 Civ. 08497 (ER)

R\ramos, D.J.:

    The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than June 28, 2024. *See Kassman v. KPMG LLP*, No. 11 Civ. 3743 (LGS), 2021 WL 1393296, at *1 (S.D.N.Y. Apr. 12, 2021) (conducting *Cheeks* analysis where settlement agreement resolved Equal Pay Act claims).

It is SO ORDERED.

Dated:   June 14, 2024
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.